Ohio.   Appeal from the District Court of the United States for the Northern District of Illinois.   October 31, 1910.   Docketed and dismissed with costs, on motion of *Mr. Karl T. Webber* for the appellees.   No one opposing.

---

No. 33. Matthew Gage and Jane Gage, Appellants, *v.* Riverside Trust Company, Limited, et al. Appeal from the Circuit Court of the United States for the Southern District of California.   November 1, 1910. Dismissed with costs, pursuant to the tenth rule.   *Mr. William B. Mathews* for appellants.   *Mr. John G. North* for appellees.

---

No. 40. William F. Cochran, Jr., Plaintiff in Error, *v.* Edward D. Preston, Inspector of Public Buildings, et al.   In error to the Court of Appeals of the State of Maryland.   November 3, 1910.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Osborne I. Yellott* for plaintiff in error.   *Mr. Edgar Allan Poe* and *Mr. Sylvan Hayes Lauchheimer* for defendants in error.

---

No. 474. Powhatan Coal & Coke Company, Appellant, *v.* Norfolk & Western Railway Company.   Appeal from the United States Circuit Court of Appeals for the Fourth Circuit.   November 4, 1910.   Dismissed with costs, on motion of counsel for appellant.   *Mr. William A. Glasgow, Jr.,* for appellant.   *Mr. Joseph I. Doran, Mr. Theodore W. Reath, Mr. John H. Holt* and *Mr. Lucian H. Cocke* for appellee.